96 P.3d 1109

# SUPREME COURT OF HAWAI'I

Child Support Enforcement Agency
v. Doe . . . . . . . . . . . . . . . . . . . . . . . . 25397 06/07/2004 Denied 104 Hawai'i 449,
 91 P.3d 1092